NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT MARTIN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7144

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-1589, Judge Frank Q. Nebeker.

---

## ON MOTION

---

## ORDER

This appeal was docketed on June 21, 2012. The appellant objected to the supplemental in forma pauperis forms for prisoners. In this court's July 13, 2012 order, the appellant was ordered to file a motion for leave to proceed in forma pauperis with the correct forms or pay the filing fee within 21 days of the date of filing of the order. The

ROBERT MARTIN v. SHINSEKI                                    2

court notes that the filing fee has not been paid nor has a motion for leave to proceed in forma pauperis been filed.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is dismissed for failure to prosecute. Any pending motions are denied as moot.

FOR THE COURT

SEP 2 4 2012
_____          /s/ Jan Horbaly
      Date               Jan Horbaly
                         Clerk

cc:  Robert Martin
     Allison Kidd-Miller, Esq.

s21

Issued As A Mandate:  SEP 2 4 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 4 2012

JAN HORBALY
CLERK